IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LANE : <br> : <br> *Plaintiff,* : <br> : <br> v. : <br> : <br> ATI SPECIALTY MATERIALS : <br> LLC. f/k/a ATI POWDER : <br> METALS, LLC. : <br> : <br> *Defendant.* : | Case No.: 2:24-cv-00244-NR |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, John Lane, and Defendant, ATI Specialty Materials, LLC. f/k/a ATI Powder Metals, LLC, have tentatively reached an agreement to settle all matters herein subject to the Parties' execution of a draft settlement agreement. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal shortly once the settlement agreement is executed.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC.**

Date: February 19, 2025

By: **/s/ Justin M. Bahorich, Esq.**
Justin M. Bahorich, Esq.
(Pa. I.D. No. 329207)
jbahorich@jpward.com
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

*Counsel for Plaintiff*